IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CROP PRODUCTION SERVICES, INC.**                                                        **PLAINTIFF**

v.                                         Case No. 4:12-cv-00720-KGB

**MID-DELTA PLANTING CO., LLC and**
**KENT H. HALLUM**                                                                          **DEFENDANTS**

## ORDER

Plaintiff Crop Production Services, Inc. ("CPS") brings this action against defendants Mid-Delta Planting Co., LLC ("Mid-Delta") and Kent H. Hallum and alleges breach of contract based on a commercial credit agreement between the parties. The Court has jurisdiction pursuant to 28 U.S.C. § 1332. Before the Court is CPS's motion for summary judgment (Dkt. No. 15). Mid-Delta and Mr. Hallum have responded (Dkt. Nos. 20, 22), and CPS has replied (Dkt. Nos. 25, 26).

CPS's motion for summary judgment is granted in part and denied in part. CPS's motion for summary judgment as to Mid-Delta is granted as to the principal sum of $93,670.93. CPS's motion for summary judgment, including its request for summary judgment as to claims against Mr. Hallum, is denied in all other respects. A detailed opinion and order will follow.

SO ORDERED this the 27th day of December, 2013.

_____
Kristine G. Baker
United States District Judge