# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CROP PRODUCTION SERVICES, INC.**                                                           **PLAINTIFF**

**v.**                           **Case No. 4:12-cv-00720-KGB**

**MID-DELTA PLANTING CO., LLC and**
**KENT H. HALLUM**                                                                           **DEFENDANTS**

## ORDER

Based upon counsels' written representations to this Court, this case is removed from the trial docket for the week of January 13, 2014.

SO ORDERED this the 6th day of January, 2014.

_____
Kristine G. Baker
United States District Judge